No. 542. MARSHALL ET AL. *v.* BROTHERHOOD OF LOCO-
MOTIVE FIREMEN AND ENGINEMEN ET AL. C. A. 5th Cir.
Certiorari denied. *Joseph L. Rauh, Jr.* and *John Silard*
for petitioners. *Benning M. Grice, Russell B. Day* and
*Harold C. Heiss* for the Brotherhood of Locomotive Fire-
men and Enginemen, respondent.

No. 559. NATIONAL LABOR RELATIONS BOARD *v.* PITTS-
BURGH PLATE GLASS CO. ET AL. C. A. 4th Cir. Certio-
rari denied. *Solicitor General Rankin, Stuart Rothman,
Thomas J. McDermott, Dominick L. Manoli* and *Norton
J. Come* for petitioner. *Milton C. Denbo, Leland Hazard,*
and *Joseph T. Owens* for Pittsburgh Plate Glass Co., and
*Samuel L. Rothbard* and *Abraham L. Friedman* for
United Glass & Ceramic Workers of North America,
respondents.

No. 578. MANNINA *v.* INDUSTRIAL ACCIDENT COM-
MISSION OF CALIFORNIA ET AL. Supreme Court of Cali-
fornia. Certiorari denied. *Arthur L. Johnson* for peti-
tioner. *Everett A. Corten* for the Industrial Accident
Commission of California, respondent.

No. 496, Misc. JOHNSON *v.* COLORADO. Supreme Court
of Colorado. Certiorari denied.

No. 635, Misc. MERKOURIS *v.* CALIFORNIA. Supreme
Court of California. Certiorari denied. *George T. Davis*
for petitioner. *Stanley Mosk,* Attorney General of Cali-
fornia, *William E. James,* Assistant Attorney General, and
*Norman H. Sokolow,* Deputy Attorney General, for re-
spondent.